JUSTICE NELSON
concurs.
¶32 I concur in the result of the Court’s Opinion as to Issue 1.1 concur in Issues 2 and 3.
¶33 As to Issue 1, my agreement with the result is based on § 46-16-105(2), MCA, which “allows a court to withdraw a guilty plea and substitute a not guilty plea where good cause is shown.” State v. McFarlane, 2008 MT 18, ¶ 11, 341 Mont. 166, 176 P.3d 1057. If the defendant’s plea is involuntary, that will constitute good cause for the withdrawal of a plea under § 46-16-105(2), MCA. State v. Warclub, 2005 MT 149, ¶ 16, 327 Mont. 352, 114 P.3d 254; State v. Lone Elk, 2005 MT 56, ¶ 19, 326 Mont. 214, 108 P.3d 500. Aside from involuntariness, other reasons may also constitute good cause for the withdrawal of the plea under the statute. McFarlane, ¶ 11; Warclub, ¶ 16; Lone Elk, ¶ 19.
¶34 In my view, Robinson wholly failed to demonstrate either that his plea was involuntary or that other good cause existed for withdrawal of his plea. His affidavit failed to explain the cause or nature of the extreme emotional duress and pressure he claims he was under when he entered his plea. At the change of plea hearing there was nothing to indicate he was under extreme emotional distress and pressure-indeed he represented to the contrary in his Acknowledgement of Rights. He stated that he entered into the plea agreement “freely and voluntarily and with full knowledge of its terms and conditions” and that he was not under the influence of any mental disease, defect or chemical that would have affected his ability to make a knowing, intelligent and voluntary plea. At the change of plea hearing, Robinson stated that he was satisfied with his attorney and *500 was not suffering from any emotional, physical or mental disability. He stated that he was not forced or coerced into entering into his plea, or that promises were made to him.
¶35 In short, Robinson failed to demonstrate any good cause under § 46-16-105(2), MCA. We need go no further than that. That Robinson suffered buyer’s remorse a year after entering his plea is not good cause to allow him to withdraw it.
¶36 For the foregoing reasons I concur in the result of Issue 1.